## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### Southern District of New York

Index Number: 1:21-CV-10929-JPC                               Date Filed: _____

**Plaintiff:**
**Kent Salveson**

vs.

**Defendant:**
**Related Management Company, L.P., et al.**

**State of New York, County of Albany)ss.:**

Received by MJS Investigations to be served on **17th and 10th Associates LLC s/h/a 17th and 10th Associates LLC a/k/a 17th and 10th Associates Inc.**.

I, Patricia Burke, being duly sworn, depose and say that on the **20th day of January, 2022** at **3:15 pm**, I:

served the within named Limited Liability Company, **17th and 10th Associates LLC s/h/a 17th and 10th Associates LLC a/k/a 17th and 10th Associates Inc.** by delivering two true copies of the **Summons in a Civil Action, Complaint and Civil Cover Sheet pursuant to Section 303 LLCL together with statutory service fee in the amount of $40.00** to **Nancy Dougherty** as **Business Document Specialist** of New York State Department of State, 99 Washington Avenue, 6th Floor, Albany, NY. The New York State Department of state being the Registered Agent/Statutory Agent of record of the within named limited liability company, in compliance with state statutes.

**Description** of Person Served: Age: 61, Sex: F, Race/Skin Color: White, Height: 5'4", Weight: 150, Hair: Brown, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action.

_____
**Patricia Burke**
Process Server

Subscribed and Sworn to before me on the 25th day of January, 2022 by the affiant who is personally known to me.

_Joanne Sportman_
NOTARY PUBLIC

JOANNE SPORTMAN
Notary Public, State of New York
Qualified in Albany County
No. 01SP4527104
Commission Expires: 1/31/2023

MJS Investigations
455 Tarrytown Road
Suite 1143
White Plains, NY 10607

Our Job Serial Number: SRN-2022000375