## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
Southern District of New York

Index Number: 1:21-CV-10929-JPC

Date Filed: _____

Plaintiff:
**Kent Salveson**

vs.

Defendant:
**Related Management Company, L.P., et al.**

**State of New York, County of Albany)ss.:**

Received by MJS Investigations to be served on **Related Management Company, L.P.**.

I, Patricia Burke, being duly sworn, depose and say that on the **20th day of January, 2022** at **3:15 pm, I:**

served **Related Management Company, L.P.** by delivering two true copies of the **Summons in a Civil Action, Complaint and Civil Cover Sheet pursuant to Section 121-109(a) RLPA together with statutory service fee in the amount of $40.00** to **Nancy Dougherty** as **Business Document Specialist** of New York State Department of State, 99 Washington Avenue, 6th Floor, Albany, NY. The New York State Department of state being the Registered Agent/Statutory Agent of record of the within named partnership, in compliance with state statutes.

**Description** of Person Served: Age: 61, Sex: F, Race/Skin Color: White, Height: 5'4", Weight: 150, Hair: Brown, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action.

Subscribed and Sworn to before me on the 25th day of January, 2022 by the affiant who is personally known to me.

*Joanne Sportman*
NOTARY PUBLIC

JOANNE SPORTMAN
Notary Public, State of New York
Qualified in Albany County
No. 01SP4527104
Commission Expires: 1/31/2023

**Patricia Burke**
Process Server

**MJS Investigations**
**455 Tarrytown Road**
**Suite 1143**
**White Plains, NY 10607**

Our Job Serial Number: SRN-2022000373

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2e