# Kramer Levin



Jeffrey W. Davis
Partner
T 212.715.9172
F 212.715.8172
jdavis@kramerlevin.com

1177 Avenue of the Americas
New York, NY 10036
T 212.715.9100
F 212.715.8000

April 21, 2022

Honorable John P. Cronan, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, New York 10007

Re: <u>Salveson v Related Management Company, L.P., et al.</u> (1:21-cv-10929-JPC)

Dear Judge Cronan:

      We represent defendants Kramer Levin Naftalis and Frankel LLP, and one of its partners, Jonathan H. Canter, Esq. (the "Kramer Levin Defendants") in the above-referenced action.  The Kramer Levin Defendants acknowledged service, and their initial time to respond to the complaint was April 1, 2022, extended by the Court to May 2, 2022, after we advised the Court that the principal parties were engaged in settlement negotiations.  Unfortunately, two days ago, we were advised by plaintiff's counsel that the settlement being negotiated by the principal parties has fallen apart, meaning that the Kramer Levin Defendants will now be required to prepare and file a response to the complaint, either by answer or motion.  Accordingly, we now write to respectfully request a further 30-day extension of their time to respond to the complaint, to **June 1, 2022**.  Plaintiff's counsel consents to this request. No other parties have appeared.  Thank you.

Respectfully,

<u>/s/ Jeffrey W. Davis</u>

Jeffrey W. Davis

The request is granted.  The Kramer Levin Defendants shall answer or otherwise respond to the Complaint by June 1, 2022.

SO ORDERED.
Date: April 22, 2022
New York, New York

_____
JOHN P. CRONAN
United States District Jud