UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
KENT SALVESON,

                    Plaintiff,

    -against-

RELATED MANAGEMENT COMPANY, L.P.,
17th AND 10th ASSOCIATES LLC a/k/a 17th AND 10th
ASSOCIATES INC., JONATHAN H. CANTER,
INDIVIDUALLY AND AS PARTNER, MEMBER,
AGENT, AND OFFICER OF KRAMER LEVIN
NAFTALIS & FRANKEL, LLP, AND KRAMER LEVIN
NAFTALIS & FRANKEL, LLP, a New York Limited
Liability Partnership,

                    Defendants.
-------------------------------------------------------------------- X

Index No.: 1:21-CV-10929 (JPC)

**CLERK'S CERTIFICATE OF DEFAULT**

      I, RUBY J. KRAJICK, Clerk of Court of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on December 20, 2021, with the filing of a summons and complaint, a copy of the summons and complaint was served on defendants (i) Related Management Company, L.P. and 17th and 10th Associates LLC a/k/a 17th and 10th Associates Inc. by personally serving Nancy Dougherty and proof of service was therefore filed on April 21, 2022, Doc. Nos. 13 and 14. I further certify that the docket entries indicate that the defendants have not filed an answer or otherwise moved with respect to the Complaint herein. The default of the Defendants is hereby noted.

Dated: New York, New York
       May  23 , 2022

                                    RUBY J. KRAJICK
                                    Clerk of Court

                                    By: _____
                                         DEPUTY CLERK