

One Grand Central Place
60 E 42nd St., 16th Fl.
New York, N.Y. 10165
Tel: 212.867.4466 x497
Fax: 212.297.1859
www.bbgllp.com
jsolomon@bbgllp.com

May 23, 2022

**VIA ECF**
Hon. John P. Cronan
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

                      RE: Salveson v. Related Management Company, L.P. et al.
                          Case No.: 21-cv-10929-JPC

Dear Judge Cronan:

      My firm, Belkin Burden Goldman, LLP, was retained today by defendants Related Management Company, L.P. ("Related") and 17th and 10th Associates LLC aka 17th and 10th Associates Inc. (the "Condo") in the referenced action. Upon checking the court's docket, I learned that Related's and the Condo's time to answer the complaint purportedly expired, and that plaintiff's counsel is seeking to enter default judgments against both defendants. I therefore write to respectfully request that the Court grant Related and the Condo additional time to answer or otherwise respond to the complaint.

      According to the docket, the affidavits of service pertaining to Related and the Condo were filed on April 21, 2022 [ECF Doc Nos. 12 and 13], and prescribe that the time for Related and the Condo to answer the complaint was February 10, 2022. I note that service was made on the NYS Department of State, Division of Corporations (the "DOS"), and in my recent experience, the DOS is regularly taking several months to forward served pleadings to registered agents in order to advise defendants of such service of process.

      The parties are engaging directly in settlement negotiations. I am advised that Related and the Condo were told only late last week that plaintiff was proceeding to enter default judgments against them. As a result, both defendants retained my firm today to appear in the action and represent their interests. I am further advised that Related and the Condo did not believe that plaintiff would enter a default judgment against them while they are negotiating in good faith.

      I spoke today with plaintiff's counsel, Gregory Byrnes, Esq., and requested plaintiff's consent to the within application to extend the time for Related and the Condo to answer or otherwise respond to the complaint.  Mr. Byrnes responded that plaintiff would object to any such request, and therefore, Mr. Byrnes was no able to consent to the relief requested in this application.

Hon. John P. Cronan
United States District Judge
May 23, 2022
Page 2 of 2

    I respectfully submit that there is no prejudice to plaintiff or any other party to the granting of the within application. I note that the other defendants have not answered the complaint, yet, and their time to do so was extended most recently to June 1, 2022. I request additional time to June 20, 2022, to answer or otherwise respond to the complaint, in order to afford me time to investigate the underlying claims made by plaintiff in the complaint, and to determine whether the elements for diversity jurisdiction in this court are satisfied by plaintiff.

    Based on the foregoing, I respectfully request that Related Management Company, L.P. and 17th and 10th Associates LLC aka 17th and 10th Associates Inc.'s time to answer or otherwise respond to the complaint herein be extended to June 20, 2022. There has been no prior request for an extension of time to respond to the complaint made by either Related or the Condo.

    Thank you for your attention to this application.

Respectfully submitted,

*Jay B. Solomon*

Jay B. Solomon

cc: All Attorneys (VIA ECF)

The request is granted. Defendants Related Management Company, L.P. and 17th and 10th Associates LLC shall answer or otherwise respond to the Complaint by June 20, 2022.

SO ORDERED.
Date: May 24, 2022
New York, New York

_____
JOHN P. CRONAN
United States District Judge