UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
                                                      :

KENT SALVESON,                                :
                                                      :
                              Plaintiff,                  :         21 Civ. 10929 (JPC) (GWG)
                                                        :
                            -v-                            :         ORDER OF REFERENCE
                                                        :         TO A MAGISTRATE
RELATED MANAGEMENT COMPANY, L.P. *et al.*,    :         JUDGE
                                                        :
                              Defendants.            :
                                                        :
-------------------------------------------------------------------- X

JOHN P. CRONAN, United States District Judge:

        This action is referred to the Honorable Gabriel W. Gorenstein for the following purposes:

| | | | |
|---|---|---|---|
| ☐ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ☐ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ☐ | Specific Non-Dispositive Motion/Dispute: _____ | ☐ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: _____ |
| ☐ | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ☐ | Habeas Corpus |
| | | ☐ | Social Security |
| ☒ | Settlement | ☐ | Dispositive Motion (i.e., motion requiring a Report and Recommendation). Particular Motion: _____ |
| ☐ | Inquest After Default/Damages Hearing | | |

SO ORDERED.

Dated: July 20, 2022                                    _____
       New York, New York                                JOHN P. CRONAN
                                                             United States District Judge