UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KENT SALVESON,                                          :

            Plaintiff,                    :   <u>ORDER</u>

   -v.-                                                   :
                                                                    21 Civ. 10929 (JPC) (GWG)
RELATED MANAGEMENT COMPANY, L.P.   :
et al.,
                                                        :

           Defendant.
------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      All deadlines in this matter are extended by 60 days. For a 60-day period, all discovery is stayed. The stay will end (and the discovery extension will be curtailed) if any party files a letter to Judge Cronan so requesting.

      SO ORDERED.

Dated: August 16, 2022
       New York, New York

                                                                 _____
                                                                 GABRIEL W. GORENSTEIN
                                                                 United States Magistrate Judge