

One Grand Central Place
60 E 42nd St., 16th Fl.
New York, N.Y. 10165
Tel: 212.867.4466 x497
Fax: 212.297.1859
www.bbgllp.com
jsolomon@bbgllp.com

September 28, 2022

**Via ECF**
Hon. Gabriel W. Gorenstein
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 6B
New York, New York 10007-1312

**MEMORANDUM ENDORSED**

    *Re: Kent Salveson v. Related Management Company, L.P., et al.*
     **Case No.: 1:21-CV-10929 (JPC) (GWG)**

Dear Judge Gorenstein,

  This firm represents defendants, Related Management Company, L.P., and 17th and 10th Associates LLC (the "Related Defendants"), in the above referenced matter. Reference is made to the Court's August 17, 2022 Order extending all deadlines in the case by 60 days, issued after the parties' settlement conference before the Court and their continuing settlement negotiations. This letter is submitted on consent of all parties in the action to request a further extension of all deadlines in the case for an additional 30 days.

  Since the August 17, 2022 settlement conference with the Court, counsel for plaintiff and the Related Defendants have negotiated an access and partial settlement agreement resolving plaintiff's claim for access to the subject condo unit and his payment of outstanding common charges. We expect the agreement to be finalized and executed within the next week. Given that the negotiations have continued to date, and the agreement is expected to be fully executed within the next week, the parties jointly request an additional 30 day extension of all deadlines in the case.

  We thank the Court for its attention and consideration of the forgoing request.

              Respectfully submitted,

              *Jay B. Solomon*
              Jay B. Solomon

cc: Counsel for all parties (via ECF)

        All deadlines in this matter are extended by an additional 30 days.

        So Ordered.

           *Gabriel W. Gorenstein*
        GABRIEL W. GORENSTEIN
        United States Magistrate Judge
        September 29, 2022